# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 6994 Dawson Blvd, LLC, Individually and on Behalf of a Class of Similarly Situated Persons,<br><br>   Plaintiff,<br><br>vs.<br><br>Oppenheimer & Co., Inc., James Wallace Woods, Michael J. Mooney, Britt Wright, William V. Conn, Jr., Conn & Co. Tax Practice, LLC, Conn & Company Consulting, LLC, and Kathleen Lloyd,<br><br>   Defendants. | Civil Action No. 1:21-cv-3625-SDG |

## MOTION OF DEFENDANT OPPENHEIMER & CO. INC. TO DISMISS

For the reasons stated in the accompanying memorandum, Oppenheimer & Co. Inc. respectfully moves the Court to dismiss Plaintiff's Complaint with prejudice under Federal Rules of Civil Procedure 12(b)(6) and 9(b).

Respectfully submitted this 22nd day of November, 2021.

| | |
|---|---|
| J. Gordon Cooney, Jr.<br>*Pro hac vice motion forthcoming*<br>**Morgan, Lewis & Bockius LLP**<br>1701 Market St.<br>Philadelphia, PA 19103-2921 | */s/ Frank M. Lowrey IV*<br>Frank M. Lowrey IV<br>Georgia Bar No. 410310<br>**Bondurant Mixson & Elmore, LLP**<br>1201 West Peachtree St NW |

#3318020v1

(213) 612-2500 (Telephone)  
(213) 612-2501 (Facsimile)  
gordon.cooney@morganlewis.com  

Suite 3900  
Atlanta, GA  30309  
(404) 881-4100 (Telephone)  
(404) 881-4111 (Facsimile)  
lowrey@bmelaw.com  

Brian M. Ercole  
*Pro hac vice motion forthcoming*  
Matthew M. Papkin  
*Pro hac vice motion forthcoming*  
Melissa M. Coates  
*Pro hac vice motion forthcoming*  
**Morgan, Lewis & Bockius LLP**  
600 Brickell Avenue, Suite 1600  
Miami, FL 33131-3075  
(305) 415-3000 (Telephone)  
(305) 415-3001 (Facsimile)  
brian.ercole@morganlewis.com  
matthew.papkin@morganlewis.com  
melissa.coates@morganlewis.com  

*Counsel for Defendant Oppenheimer & Co., Inc.*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing has been prepared in accordance with Local Rule 5.1, including preparation in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 22nd day of November, 2021.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey
Georgia Bar No. 410310

#3318020v1

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 22nd day of November, 2021.

*/s/ Frank M. Lowrey IV*
Frank M. Lowrey
Georgia Bar No. 410310
