UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 6694 Dawson Blvd, LLC, Individually and on Behalf of a Class of Similarly Situated Persons,<br><br>    Plaintiff,<br><br>vs.<br><br>Oppenheimer & Co., Inc., James Wallace Woods, Michael J. Mooney, Britt Wright, William V. Conn, Jr., Conn & Co. Tax Practice, LLC, Conn & Company Consulting, LLC, and Kathleen Lloyd,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-03625-SDG |

## CONSENT ORDER STAYING PROCEEDINGS AS TO DEFENDANTS WILLIAM V. CONN, JR., CONN & CO. TAX PRACTICE, LLC AND CONN & COMPANY CONSULTING, LLC

Having reviewed the Order filed in this Court in the related matter styled *United States Securities and Exchange Commission v. John J. Woods, et al.*, Civil Action File No. 1:21-CV-3413-SDG ("SEC Action"), (D.I. 113) and it appearing that Plaintiff and Defendants William V. Conn, Jr., Conn & Company Tax Practice, LLC and Conn & Company Consulting, LLC consent to the entry of this Consent Order, the Court hereby enters the following Consent Order.

WHEREAS, this action was filed on August 31, 2021;

WHEREAS, an Order Appointing Receiver in the SEC Action, including a Stay of Litigation, was entered on September 1, 2021;

WHEREAS, the Receiver moved to extend the stay on December 2, 2021;

WHEREAS, an Order extending the Stay of Litigation was entered on December 13, 2021 against "Southport Capital, Livingston Southport Investors, LLC, Southport Capital Holdings, LLC, and each of their past or present officers, directors, managers, agents, employees, advisors, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, for a period of 180 days, as may be shortened, lengthened, or otherwise modified by further orders of the Court"; and

WHEREAS, by consenting to the stay of this action, Defendants William V. Conn, Jr., Conn & Company Tax Practice, LLC and Conn & Company Consulting, LLC do not concede or agree that any of them is correctly included within the scope of the SEC Action Order quoted above, and the reserve and do not waive their rights to object to and to contest any express or implied characterization that any Defendant falls within the scope of the SEC Action Order;

THEREFORE, IT IS ORDERED that the instant action is stayed for 180 days as to Defendants William V. Conn, Jr., Conn & Company Tax Practice, LLC and

Conn & Company Consulting, LLC.

**SO ORDERED,** this 27th day of December, 2021.

_____
**STEVEN D. GRIMBERG**
**UNITED STATES DISTRICT JUDGE**

Consented to:

| | |
|---|---|
| /s/ Craig H. Kuglar | /s/ Richard A. Rice |
| CRAIG H. KUGLAR, ESQ. | RICHARD A. RICE, ESQ. |
| Georgia Bar No. 429968 | Georgia Bar No. 603203 |
| The Law Office of Craig Kuglar, LLC | The Rice Law Firm, LLC |
| 931 Monroe Drive NE, Suite A102-353 | 3151 Maple Drive NE |
| Atlanta, Georgia 30308 | Atlanta, Georgia 30305 |
| Tel (404) 432-4448 | Tel (404) 835-0783 |
| Fax (404) 393-8007 | Fax (404) 481-3057 |
| ck@kuglarlaw.com | richard.rice@trlfirm.com |
| *Attorney for Plaintiffs* | *Attorney for the Conn Defendants* |