# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 6694 Dawson Blvd, LLC, Individually and on Behalf of a Class of Similarly Situated Persons, <br><br> Plaintiff, <br><br> vs. <br><br> Oppenheimer & Co., Inc., James Wallace Woods, Michael J. Mooney, Britt Wright, William V. Conn, Jr., Conn & Co. Tax Practice, LLC, Conn & Company Consulting, LLC, and Kathleen Lloyd, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-03625-SDG |

## STIPULATED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR LEAVE TO AMEND COMPLAINT AND PROPOSED AMENDED COMPLAINT

Upon stipulation by Defendant Oppenheimer & Co. Inc. and Plaintiff 6694 Dawson Blvd, LLC, and for good cause shown, it is hereby ORDERED that the deadline by which Plaintiff may file its motion for leave to amend its complaint and proposed amended complaint pursuant to the Court's August 17, 2022 Opinion and Order [ECF 87] is hereby extended through and including September 9, 2022.

SO ORDERED, this 26th day of August, 2022.

_____
**HON. STEVEN D. GRIMBERG**
**Judge, United States District Court**


**Prepared and presented by:**
/s/ Craig H. Kuglar
Craig H. Kuglar, Esq.
Georgia Bar No. 429968
Attorney for Plaintiff
The Law Office of Craig Kuglar, LLC
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia  30308
TEL (404) 432-4448
FAX (404) 393-8007
ck@kuglarlaw.com