# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 6694 Dawson Blvd, LLC,<br>    Plaintiff,<br><br>            v.<br><br>Oppenheimer & Co., Inc.,<br>    Defendant. | Civil Action No.<br>1:21-cv-03625-SDG |

## STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE FOR OPPENHEIMER & CO., INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Upon stipulation by Plaintiff 6694 Dawson Blvd, LLC and Defendant Oppenheimer & Co. Inc. ("Oppenheimer"), and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint [ECF 91] is GRANTED. Plaintiff is permitted leave to file its proposed First Amended Complaint [ECF 91-1] on or before September 23, 2022, without waiver of any challenges by Oppenheimer to the sufficiency or validity of that pleading. It is hereby further ORDERED that the briefing schedule on Oppenheimer's forthcoming Motion to Dismiss Plaintiff's First Amended Complaint is set as follows:

| Motion to Dismiss Amended Complaint | October 14, 2022 |
| Opposition to Motion to Dismiss Amended Complaint | November 4, 2022 |
| Reply is Support of Motion to Dismiss Amended Complaint | November 21, 2022 |

Plaintiff's Motion to Amend Complaint [ECF 90] is DENIED as MOOT.

**SO ORDERED, this** 20th day of September, 2022.

**HON. STEVEN D. GRIMBERG**
**Judge, United States District Court**