UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 6694 Dawson Blvd, LLC, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. 1:21-cv-03625-SDG |
| vs. ) | |
| ) | |
| Oppenheimer & Co., Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff 6694 Dawson Blvd, LLC ("Plaintiff") and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses without prejudice its First Amended Complaint against Defendant Oppenheimer & Co., Inc. ("Defendant").

Respectfully submitted this 21st day of October, 2022.

**THE LAW OFFICE OF CRAIG KUGLAR, LLC**

 /s/ Craig H. Kuglar
CRAIG H. KUGLAR, ESQ.
Georgia Bar No. 429968

The Law Office of Craig Kuglar, LLC
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia  30308
TEL (404) 432-4448
FAX (404) 393-8007
ck@kuglarlaw.com

**CHAPMAN ALBIN LLC**

JOHN S. CHAPMAN, ESQ.
*Pro hac vice*
jchapman@chapmanlegal.com
JASON T. ALBIN, ESQ.
*Pro hac vice*
jalbin@chapmanlegal.com
PHILIP L. VUJANOV, ESQ.
*Pro hac vice*
pvujanov@chapmanlegal.com
Chapman Albin LLC
700 West St. Clair Avenue
Suite 200
Cleveland, Ohio  44113
TEL (216) 241-8172
FAX (216) 241-8175

*Attorneys for Plaintiff*

## LOCAL RULE 7.1D CERTIFICATION

This is to certify that the foregoing pleading complies with the font and margin specifications set forth in Local Rule 5.1B.  The font used is Times New Roman, 14 point.

/s/ Craig H. Kuglar

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 6694 Dawson Blvd, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO. 1:21-cv-03625-SDG |
| vs. | ) |
| | ) |
| Oppenheimer & Co., Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

This 21st day of October, 2022.

/s/ Craig H. Kuglar

4